UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deseree Cundiff,

        Plaintiff,        Civil No. 06-4535 (RHK/JSM)

vs.        **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Johnson & Johnson, et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 20, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge